AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 09, 2022

SEAN F. McAVOY, CLERK

MICHAEL W.,

*Plaintiff*

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

*Defendant*

)
)
)
)
)
)

Civil Action No.   1:22-CV-03042-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment (ECF No. 10, 11) is GRANTED.
Defendant's Motion for Summary Judgment (ECF No. 12) is DENIED.
The decision of the Commissioner is reversed and remanded for an immediate award of benefits.
Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by   Chief Judge Stanley A Bastian   on motions for

Summary Judgment.

Date:   11/9/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Lee Reams

*(By) Deputy Clerk*

Lee Reams